No. 2138. STATE *ex rel.* ZIMMERMAN *v.* WESTMORELAND. November Term, 1887. This was a motion in the original jurisdiction of the court to dissolve a preliminary injunction granted on Circuit, an appeal having been taken in the same case. *Held*, that this court has appellate jurisdiction in cases of chancery and has power to correct errors at law. It also has original jurisdiction in certain matters—to issue writs of injunction, *quo warranto, habeas corpus*, and such other original and remedial writs as may be necessary to give the court a general supervisory control over all other courts in the State. Const., art. IV., § 4. This motion cannot be entertained under either of these powers. The Supreme Court has power to grant a writ of injunction, but it has no power to dissolve an injunction granted on Circuit. Motion refused. PER CURIAM, December 6, 1887. *J. H. Heyward*, for the motion.